IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| DEMETRIUS MOSLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 324-056 |
| | ) | |
| ANDREW MCFARLENE, Warden; ARLENE HUNT, Unit Manager; LT. CHAMBERS; SGT. WRIGHT; MR. RICKEY WILCOX; MS. BEVERLY MURRAY; CHIEF COUNSELOR JOHNSON; MS. YA-KENDAL WOODARD; MR. JIMMY KELLOM; MR. DARRELL WOOTEN; MS. TAJUANA AJEROH; ADREAN ELLSWICK; SERGEANT RODNEY TUCKER; and MR. KENDRIC JACKSON, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants.[1] | ) | |

**O R D E R**

Objections to this Report and Recommendation must be filed by no later than January 30, 2025, must specify each proposed finding of fact and conclusion of law to which objection is made, must state the bases for each such objection, and must be served upon all parties. Failure to file objections by this deadline may result in this Report and Recommendation

---

[1] The Court **DIRECTS** the **CLERK** to update the list of Defendants in accordance with the caption on this Order, which is consistent with Plaintiff's second amended complaint. (Doc. no. 11.) Because the Court has not yet received a third amended complaint in accordance with the Court's December 9, 2024 Order granting Plaintiff's motion to amend, Plaintiff's second amended complaint is the operative pleading. (See doc. no. 47; doc. no. 11; see also doc. no. 9.)

becoming the opinion and order of the Court.  <u>Devine v. Prison Health Servs., Inc.</u>, 212 F. App'x 890, 892 (11th Cir. 2006) (*per curiam*).  Failure to object to any proposed finding of fact or conclusion of law waives the right to challenge on appeal the district court's adoption of each such factual finding or legal conclusion.  11th Cir. R. 3-1.  The Clerk will submit this Report and Recommendation together with any objections to United States District Judge Dudley H. Bowen, Jr., on January 31, 2025.

Requests for extension of time to file objections shall be filed with the Clerk of Court for consideration by the undersigned.  A party may not appeal this Report and Recommendation directly to the United States Court of Appeals for the Eleventh Circuit.  Appeals may be made only from a final judgment.

SO ORDERED this 13th day of January, 2025, at Augusta, Georgia.

*/s/ Brian K. Epps*
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA