IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| DEMETRIUS MOSLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 324-056 |
| | ) | |
| ANDREW MCFARLENE, Warden; ARLENE HUNT, Unit Manager; LT. CHAMBERS; SGT. WRIGHT; MR. RICKEY WILCOX; MS. BEVERLY MURRAY; CHIEF COUNSELOR JOHNSON; MS. YA-KENDAL WOODARD; MR. JIMMY KELLOM; MR. DARRELL WOOTEN; MS. TAJUANA AJEROH; ADREAN ELLSWICK; SERGEANT RODNEY TUCKER; and MR. KENDRIC JACKSON, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DENIES** Plaintiff's motions seeking injunctive relief, (doc. nos. 10, 15, 20, 45), "Motion to Reconsider 'Legal Error' or 'The Defendants Involved with Discovery Related Material,'" (doc. no. 30), and Motion for Default Judgment, (doc. no. 34).

SO ORDERED this 12th day of February, 2025, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE