IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| DEMETRIUS MOSLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 324-056 |
| ) | |
| ANDREW MCFARLENE, Warden; ) | |
| ARLENE HUNT, Unit Manager; LT. ) | |
| CHAMBERS; SGT. WRIGHT; MR. ) | |
| RICKEY WILCOX; MS. BEVERLY ) | |
| MURRAY; CHIEF COUNSELOR ) | |
| JOHNSON; MS. YA-KENDAL ) | |
| WOODARD; MR. JIMMY KELLOM; ) | |
| MR. DARRELL WOOTEN; MS. TAJUANA ) | |
| AJEROH; ADREAN ELLSWICK; ) | |
| SERGEANT RODNEY TUCKER; MR. ) | |
| KENDRIC JACKSON; and KATHY HILL, ) | |
| Counselor, ) | |
| ) | |
| Defendants. ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's third amended complaint for failure to state a claim upon which relief may be granted, and **CLOSES** this civil action.

SO ORDERED this 31st day of March, 2025, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE